```
              UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

SHAFEQAH LODREE                                           PLAINTIFF

v.                          CIVIL ACTION NO.: 3:23-cv-3102-TSL-MTP

MERCEDES-BENZ OF SOUTH
ATLANTA, LLC, and SWICKARD
ATLANTA, LLC                                             DEFENDANTS

<u>ORDER</u>

This cause came on this date to be heard upon the report and recommendation of United States Magistrate Judge Michael T. Parker, and the court, having fully reviewed the report and recommendation entered in this cause on June 18, 2024 and being duly advised in the premises and there being no objection filed by plaintiff, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge Michael T. Parker entered on June 18, 2024, and the same is hereby adopted as the finding of this court.  It follows that the complaint is dismissed for failure to prosecute as to defendant Mercedes and for failure to serve process as to defendant Swickard.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 8th day of July, 2024.


                    /s/ Tom S. Lee_____
                    UNITED STATES DISTRICT JUDGE